UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRADY SHAUGHNESSY,<br><br>                             Plaintiff,<br>v.<br><br>LVNV FUNDING, LLC; RESURGENT CAPITAL SERVICES, L.P.,<br><br>                            Defendants. | Case No.: 20-CV-1809-DMS-WVG<br><br>**ORDER ON JOINT STATEMENT REGARDING DISCOVERY DISPUTES** |

      On January 27, 2021, the Parties timely filed a Joint Statement Regarding Discovery Disputes ("Joint Statement") (Doc. No. 33) pursuant to the Court's January 26, 2021 Minute Order. (Doc. No. 30.) The Joint Statement updates the Court regarding the Parties' efforts to resolve 18 discovery disputes concerning: (1) Plaintiff's notices of deposition pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure as served on Defendant LVNV Funding, LLC; (2) Plaintiff's deposition subpoenas pursuant to Rule 45 as served on various third-party entities; (3) Defendants' deposition subpoena pursuant to Rule 45 as served on Plaintiff's counsel; and (4) the Parties' written discovery as exchanged. (*Id.*, 3:5-28.)

      In relevant part, the Parties represent that "refocusing the order of discovery could help eliminate unnecessary discovery disputes" and, in turn, seek to amend the operative

December 17, 2020 Scheduling Order. (Doc. No. 22.) Having reviewed and considered the entirety of the Joint Statement and the Parties' joint motion to amend the Scheduling Order, the Court hereby VACATES the video discovery conference set for Monday, February 1, 2021 on the above-referenced disputes, GRANTS the Parties' request to reset dates in the operative Scheduling Order, and ORDERS as follows:

1. All fact discovery shall be completed by the Parties by **July 6, 2021**. "Completed" means that all discovery under Rules 30-36 of the Federal Rules of Civil Procedure, and discovery subpoenas under Rule 45, must be initiated a sufficient period of time in advance of the cut-off date, **so that it may be completed** by the cut-off date, taking into account the times for service, notice and response as set forth in the Federal Rules of Civil Procedure. **Counsel shall promptly and in good faith meet and confer with regard to all discovery disputes in compliance with Local Rule 26.1(a).** The Court expects counsel to make every effort to resolve all disputes without court intervention through the meet and confer process. If the Parties reach an impasse on any discovery issue, counsel shall file an appropriate motion within the time limit and procedures outlined in this Court's Civil Chambers Rules. **A failure to comply in this regard will result in a waiver of a party's discovery issue. Absent an order of the court, no stipulation continuing or altering this requirement will be recognized by the court.**

2. Any motion for class certification shall be filed **no later than August 5, 2021**.

3. A Mandatory Settlement Conference ("MSC") shall be conducted on **July 19, 2021** at **9:00 a.m. On or before July 12, 2021**, Counsel or any party representing himself or herself shall lodge a confidential settlement brief or, in the alternative, a joint status report confirming Plaintiff's filing of a motion for class certification. If the latter, the Court will automatically vacate the Mandatory Settlement Conference and counsel shall jointly contact this Court's Chambers within two (2) business days of Judge Sabraw's ruling on Plaintiff's motion for class certification to coordinate further

proceedings. The Parties are ordered to read and to fully comply with the Chamber Rules of this Court.

4. Consistent with the Parties' agreement as noted in their Joint Statement, the Court ORDERS the Parties to "withdraw all discovery issued to date" and, "after jointly re-evaluating the discovery appropriate to this case, the Parties will serve such discovery again." (Doc. No. 33, 4:8-11.) In doing so, the Parties shall act as diligently as possible to allow themselves sufficient time to meet and confer over any other discovery disputes that may arise, consistent with this Court's Civil Chambers Rules and with an eye towards the newly reset July 6, 2021 fact discovery cut-off. No further continuances in the operative Scheduling Order will be granted absent an unequivocal showing of good cause.

**IT IS SO ORDERED.**

Dated: January 29, 2021

Hon. William V. Gallo
United States Magistrate Judge