UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRADY SHAUGHNESSY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LVNV FUNDING, LLC; RESURGENT CAPITAL SERVICES, LP; and DOES 1 through 5,<br><br>Defendants. | CASE NO. 3:20-cv-01809-DMS-WVG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

Plaintiff Grady Shaughnessy and Defendants LVNV Funding, LLC and Resurgent Capital Services, LP (collectively, "the Parties") jointly moved this Court, pursuant to Federal Rule of Civil Procedure 41(a), to dismiss this entire matter, as to all causes of action and as to all Parties. The dismissal of the claims on behalf of Plaintiff individually were requested to be dismissed with prejudice, but without prejudice as to the putative class as there has not been any order certifying a class in this matter. The joint motion indicates that each side is to bear its own costs and fees.

///

///

-2-

1   For good cause shown, the Parties' joint motion is hereby GRANTED.

2   This matter is dismissed in its entirety.  The dismissal of the claims on behalf
3   of Plaintiff individually are dismissed with prejudice, but without prejudice as to the
4   putative class.

5   **IT IS SO ORDERED.**

6   Dated: June 10, 2021

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court